JAMES BOYLE, Appellant, v. FLORENCE M. WALLACE, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The action is for a mandatory injunction with incidental damages. It is not an action to recover real property with incidental equitable relief. Equitable relief cannot be given in an action at law. (*Carroll* v. *Bullock*, 207 N. Y. 567; *Wheelock* v. *Noonan*, 108 id. 179; *Baron* v. *Korn*, 127 id. 224; *Cogswell* v. *N. Y., N. H. & H. R. R. Co.*, 105 id. 319; *Loomis* v. *Decker*, 4 App. Div. 409; *Hahl* v. *Sugo*, 169 N. Y. 109.) *Remsen* v. *N. Y., B. & M. B. R. Co.* (111 App. Div. 413) and *Davis* v. *Morris* (36 N. Y. 569), cited by the court below, decide nothing to the contrary. In the *Remsen Case* (*supra*) it was held that the cause of action stated was to recover real property. In the instant case it is conceded that plaintiff is entitled to equitable relief, if entitled to recover at all. In *Davis* v. *Morris* (*supra*) a judgment for money only was all the plaintiff demanded. Defendant's right to a jury trial is amply protected by section 970 of the Code of Civil Procedure. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

ADOLPH DOSCHER, Respondent, v. MITCHELL ROSENZWEIG and CLARA ROSENZWEIG, Appellants, and THOMAS J. EGAN, Defendant.— Judgment affirmed by default, with costs. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concurred.

In the Matter of Proving the Last Will and Testament of JOHN A. R. CHILSON as a Will of Real and Personal Property. ADELAID F. BERMINGHAM and Another, Appellants; WILLIAM S. HALL, Executor, etc., and Others, Respondents.— Order of the Surrogate's Court of Queens county affirmed, with costs to abide the event. No opinion. Jenks, P. J.; Mills, Rich, Kelly and Jaycox, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of CHARLES I. SWIFT, as Administrator of the Estate of KATE E. HORTON, Deceased, Respondent. BERT RYDER, Appellant.— Decree of the Surrogate's Court of Dutchess county affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

JAMES J. KLEIN, Respondent, v. MITCHELL ROSENZWEIG and CLARA ROSENZWEIG, Appellants, and THOMAS J. EGAN, Defendant.— Judgment affirmed by default, with costs. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concurred.

GRANT J. KUNZE and NELLIE A. KUNZE, Respondents, v. MITCHELL ROSENZWEIG and CLARA ROSENZWEIG, Appellants, and THOMAS J. EGAN, Defendant.— Judgment affirmed by default, with costs. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concurred.